Cir. Certiorari denied. Petitioner *pro se. Solicitor General Perlman* for respondents.

No. 774. PITTSBURGH & WEST VIRGINIA RAILWAY CO. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *W. A. Seifert, William R. Spofford* and *Norman D. Keller* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Hilbert P. Zarky* for respondent.

No. 775. MATSON NAVIGATION Co. *v.* WAR DAMAGE CORP. C. A. 9th Cir. Certiorari denied. *Herman Phleger, Gregory A. Harrison* and *Lyman Henry* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Samuel D. Slade* and *Joseph Kovner* for respondent.

No. 778. KAN *v.* TSANG. C. A. 9th Cir. Certiorari denied. *Gilbert S. Woolworth* for petitioner. *Lemuel H. Matthews* for respondent.

No. 780. DISTRICT OF COLUMBIA *v.* SMOOT SAND & GRAVEL CORP. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Vernon E. West, Chester H. Gray* and *George C. Updegraff* for petitioner. *David R. Shelton* for respondent.

No. 782. LOCKARD ET AL. *v.* LOS ANGELES ET AL. Supreme Court of California. Certiorari denied. *Albert H. Allen* and *Hyman Goldman* for petitioners. *Ray L. Chesebro* and *Bourke Jones* for respondents.